AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN DOE a.k.a Luis Roberto Lopez-Canales | ) ) ) ) ) ) | Case No. 16-MJ-36 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 5, 2016__ in the county of __East Baton Rouge Parish__ in the __Middle__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1542 | Willfully and knowingly made false statements in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

Brittany Iriart, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/29/16

_____
Judge's signature

City and state: Baton Rouge, LA

Richard L. Bourgeois, Jr., Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

BEFORE ME, the undersigned authority, personally came and appeared Brittany Iriart, who after being duly sworn, stated the following information to the best of her knowledge and belief:

1. I am a Special Agent with the Bureau of Diplomatic Security, U.S. Department of State. I have been employed with Diplomatic Security since March 2008. I am currently assigned to the New Orleans Resident Office.

2. As part of my daily duties as a Special Agent with the Bureau of Diplomatic Security, I investigate criminal violations of passport and visa laws.

3. The purpose of this application is to obtain an arrest warrant for an individual calling himself Luis Roberto LOPEZ-CANALES a.k.a., John DOE, for violating Title 18 U.S.C. § 1542, which makes it a crime to willfully and knowingly make any false statement in an application for a passport with the intent to induce or secure the issuance of a passport under the authority of the United States.

4. Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for a violation of Title 18 U.S.C. § 1542. As a result of the investigation described more fully below, your Affiant submits that there is probable cause to believe that the individual calling himself Luis Roberto LOPEZ-CANALES a.k.a. John DOE, violated Title 18 U.S.C. § 1542.

5. On February 5, 2016, an individual representing himself to be Luis Roberto LOPEZ-CANALES submitted an application for a United States Passport at an acceptance facility located at 8101 Bluebonnet Blvd, Baton Rouge, Louisiana. In his application, John DOE claimed to have been born in Bayaman, Puerto Rico, on June 08, 1982, presented a birth certificate reflecting this information with the application, and supplied social security number 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. John DOE also supplied a photograph and a copy of his Louisiana identification card with his passport application at the time he applied for his passport at the Baton Rouge passport acceptance facility. He listed his address as P.O. Box 53211, Baton Rouge, Louisiana.

6. The application was then sent from the acceptance facility to the National Passport Center for adjudication. The application was not processed, but was referred to Diplomatic Security based on several fraud indicators including, but not limited to, the fact that both the Louisiana identification card and birth certificate supplied by John DOE were obtained only days before he submitted them to the United States Passport acceptance facility.

7. As part of my investigation, using various law enforcement databases, I determined that the name, date of birth, and social security number supplied by John DOE belong to an individual named Luis Roberto LOPEZ-CANALES residing at 574 Calle Isaias, Toa Baja, Puerto Rico. I confirmed with the Social Security Administration that social security number 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 is registered to Luis Roberto LOPEZ-CANALES. I compared multiple driver's license photographs of Luis Roberto LOPEZ-CANALES of Puerto Rico, with the photograph of John DOE from his identification card and passport photograph he supplied with his application, and it was obvious that the two are not the same person.

8. Based on the driver's license photograph of Luis Roberto LOPEZ-CANALES, LOPEZ-CANALES is a heavier set Hispanic male with a light complexion, a broad nose, high cheekbones, and facial hair on his chin. According to his driver's license, he is five feet eleven inches (5' 11") tall and 225 pounds. Based on photographs of John DOE from his Louisiana identification card, a copy of which he submitted with his passport application at the Baton Rouge passport facility, his Louisiana driver's license, and a passport photo which he submitted with his application, John DOE is a thin, Hispanic male with a slightly darker complexion. According to his Louisiana driver's license he is five feet six inches (5' 6") tall and weighs 160 pounds. The photograph John DOE submitted with his passport application is attached to this affidavit.

9. In addition, my office has determined that the imposter, John DOE, resides at 5248 Adams Avenue, Baton Rouge, Louisiana. Affiant has unsuccessfully attempted to learn the true identity of the imposter.

10. Based on the foregoing, your Affiant submits that there is probable cause to believe that the individual calling himself Luis Roberto LOPEZ-CANALES a.k.a. John DOE, the man pictured in the attached photograph, has violated Title 18 U.S.C. § 1542.

I declare that the above information is true and correct to the best of my knowledge.

_____
Special Agent Brittany Iriart
Bureau of Diplomatic Security

Sworn to and subscribed before me this 29th day of April, 2016, at Baton Rouge, Louisiana.

_____
THE HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

2

00217651-1776

## APPLICATION FOR A U.S. PASSPORT
*Please Print Legibly Using Black Ink Only*

[X] U.S. Passport Book  [ ] U.S. Passport Card  [ ] Both
[X] 28 Page Book (Standard)  [ ] 52 Page Book (Non-Standard)

272900581

**1. Name Last:** LOPEZ CANALES
**First:** Luis
**Middle:** Roberto

**2. Date of Birth:** 1982
**3. Sex:** M
**4. Place of Birth:** BAYAMON, Puerto Rico

**5. Social Security Number:** 583 97 5706
**6. Email Address:** [redacted]@gmail.com
**7. Primary Contact Phone Number:** 0273 0275

**8. Mailing Address:** PO BOX 53211
**City:** Baton Rouge  **State:** LA  **Zip Code:** 70806

**9. List all other names you have used:** Lopez/Canales

**Identifying Documents:** Driver's License — Lopez-Canales Luis Roberto
02 04 2016 — 11 30 2016 — State of LA

Feb 5, 2016

DS-11 09-2011